AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>DOUGLAS HOWARD STORY<br><br>Defendant(s) | ) <br> ) <br> ) Case No. 1:12mj362 <br> ) <br> ) |

FILED MAY 30 2012

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __August 2011, thereafter__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated __26__ U.S.C. § __5861__ an offense described as follows:

Unlawful possession of a firearm

This criminal complaint is based on these facts:

Please see attached.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA David C. Wiegand, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 5/30/12

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state: Alexandria, VA

The Honorable Theresa C. Buchanan
Printed name and title