IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

JUN 28 201?

CLERK, U S
ALEXA...

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 1:12CR289 |
| v. | ) | |
| | ) | Count 1: 26 U.S.C. 5861 (Possession |
| DOUGLAS HOWARD STORY, | ) | of a Machinegun) |
| Defendant. | ) | |

## INDICTMENT

June 2012 TERM - at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT 1

(Possession of a Machinegun)

THE GRAND JURY FURTHER CHARGES THAT:

1. The Grand Jury realleges and incorporates by reference the GENERAL ALLEGATIONS of this Indictment.

2. On or about May 30, 2012, in Manassas, Virginia, within the Eastern District of Virginia, the defendant, DOUGLAS HOWARD STORY, knowingly received and possessed a firearm, his AK-47 machinegun, model GP WASR-10, caliber 762, serial number LN-4075-80, modified to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Section 5861)

A TRUE BILL:
pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON OF THE GRAND JURY

NEIL H. MacBRIDE
UNTIED STATES ATTORNEY

By: _____
Ronald L. Walutes, Jr.
Assistant United States Attorney