Date: 7/13/12　　　　Judge: Hilton　　　　　　　　Reporter: Westfall
Time: 9:03 to 9:05　　　　　　　　　　　　　　　　Interpreter:
　　　　　　　　　　　　　　　　　　　　　　　　Language:
　　　　　　　　　　　　　　　　　　　　　　　　Update Deadlines:
UNITED STATES of AMERICA　　　　　　　　　　　Prob. Copies:
　　　　　　Vs.　　　　　　　　　　　　　　　　　PTS Copies:
　　　　　　　　　　　　　　　　　　　　　　　　AUSA Copes:

Douglas Howard Story　　　　　1:12CR00289-001
Defendant's Name　　　　　　　　Case Number

Gretchen Taylor　　　　　　　　Ronald Walutes
Counsel for Defendant　　　　　Counsel for Government

Matter called for:
( ) Motions　　　　　　　　( ) Setting Trial Date　　( ) Change of Plea Hrg.　　( ) Rule 35
(✓) Arraignment　　　　　　( ) Appeal from USMC　　( ) Sentencing　　　　　　( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.　　　　　　　( ) Pre-Indictment Plea　　( ) Other:

Defendant appeared:　　(✓) in person　　　　　( ) failed to appear
　　　　　　　　　　　　(✓) with Counsel　　　( ) without counsel　　　　( ) through counsel

Filed in open court:
( ) Criminal Information　( ) Plea Agreement　( ) Statement of Facts　( ) Waiver of Indictment　( ) Discovery Order

Arraignment & Plea:
(✓) WFA　　( ) FA　　( ) PG　　(✓) PNG　　Trial by Jury:　(✓) Demanded　　( ) Waived

20 Days to file Motions with Argument on 8/17/12 at 9:00.
Defendant entered Plea of Guilty as to Count(s) _____　　Plea Accepted ( )
Motion for Dismissal of Count(s) _____ ( ) by U.S.　( ) by Deft.
( ) Order entered in open court　( ) Order to follow
Defendant directed to USPO for PSI:　( ) Yes　　( ) No
Case continued to 9/10/12 at 10:00 for: (✓) Jury Trial　　( ) Bench Trial　　( ) Sentencing

Rule 35:
US' Rule 35 motion for reduction of sentence　( ) Granted　( ) Denied;
Sentence of ____ months heretofore imposed is reduced to a term of ____.

Probation/Supervised Release Hrg:
Defendant　( ) Admits　( ) Denies violation of the conditions of probation/supervised release;
Court:　( ) finds　( ) does not find defendant in violation of conditions of probation/supervised release.
Dft committed to custody of the US Atty General to serve a term of: ____ Months; ( ) Supervised Release terminated

All Exhibits must be filed with the Clerk ____ days prior to trial.
Bond Set at: $_____　　( ) Unsecured　　　　( ) Surety　　　　　　( ) Personal Recognizance
( ) Release Order Entered　(✓) Deft. Remanded　　( ) Deft. Released on Bond　　( ) Deft. Continued on Bond

Defendant is: (✓) In Custody　( ) Summons Issued　( ) On Bond　( ) Warrant Issued　( ) 1st appearance

8/10

Email: