11217 Cinnamon Teal Drive
Spotsylvania, Virginia
October 15, 2012

The Honorable Claude M. Hilton
Senior District Judge
U.S. District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314

Dear Judge Hilton:

My name is Jesse A. Story and I am the father of Douglas Howard Story. As could be expected by my being Douglas' father, I have known him for all of his life, through all of the ups and downs and through all of the good and not so good times. Insofar as his character is concerned, I believe him to be of good character. If there is a flaw in his character, it would be that he trusts others to a fault and that he believes strongly in our Nation.

I could give many references as to his character but I will relate two that I believe are most compelling in describing Douglas.

Douglas was involved in a motorcycle crash in May, 1985. After the crash, he was transported to the University of Virginia Hospital at Charlottesville where he was treated for multiple injuries, including a severe, traumatic brain injury. Douglas remained in a coma after he was stabilized for approximately five weeks. As he was slowly recovering from the coma, there was one day where he was strapped in a hospital chair, with his head drooping and he was drooling on himself. At that time, one of the doctors at the UVA hospital advised me that "This may be as good as he ever gets."

But Douglas had the character and stamina to decide that this would not be his final fate. He worked through many months of rehabilitation at the UVA Hospital, Fairfax Hospital and Mt. Vernon Hospital until he could be considered recovered to the point that he could be discharged seven months after the initial crash. Douglas recovered from the traumatic brain injury to the point that he could function as a contributing member of society. He has married and has worked to support himself and his wife in spite of lingering physical injuries. Douglas was not however able to fully recover from one of the lingering after effects of the frontal lobe brain injury. That is the part of the brain that houses our logic and reasoning functions – it provides us with the ability to assess situations and for see the consequences of our actions.

If Douglas had been a quitter or did not have the character to succeed, the outcome of the May 1985 crash could have been very different.

Another more recent example of Douglas' character goes back to 2008 when his wife, Sandy, became ill with a severe case of MRSA. Sandy was initially admitted to the hospital with a high fever and other complications. Her health continued to deteriorate until she was on full life support with multiple organ failure. Douglas was by her bedside throughout this ordeal and saw that his wife was gradually dying. I was there with him the day that the doctors called us in to a family conference. In this conference, the doctors indicated to Douglas that the prognosis was that Sandy probably would not

survive.  The doctor's recommendation was that life support should be withdrawn and let Sandy die naturally.

Thankfully, very few of us will ever be put into a position that we have to decide whether a loved one lives or dies – but Douglas was.  There was no hesitation in Douglas' response to the doctor.  Sandy was his wife, he loved her, and he would not under any circumstances agree to withdrawing life support.  Douglas knew that if Sandy did survive, she would require even more assistance than she would normally require but he also knew that Sandy was his wife and his responsibility.

Sandy did recover although she did lose some of her toes and part of her feet as a result of gangrene, but she did survive.  If Douglas did not have the character to care for his wife and decide to not take the easy way out, the circumstances could have been radically different.

I stated earlier that if there is a flaw in Douglas' character, it is that he trusts others to a fault.  That is evident in this case.

I am convinced that Douglas had no ulterior motive concerning the modification of his gun.  Douglas had always wanted to be in law enforcement but he could not pass the required physical examinations with his limitations after the motorcycle crash.  So, he believed he was doing the next best thing by being available to assist law enforcement if our Nation was ever in dire need.  Douglas came to the conclusion that our nation might need armed citizens to help law enforcement after trusting less than reputable characters on the internet.  These individuals have one goal in mind and that is to drive a wedge in our Nation.  But Douglas trusted them and believed they were right.

He also trusted the undercover FBI agent as being someone who could help Douglas modify his gun.  It didn't occur to Douglas that the "friend" on the internet was something other than what he said he was even though the webmaster of the internet site banned both Douglas and the undercover agent from the website.  The webmaster recognized what was happening and even cited the persona that was the undercover agent as being an "Agent Provocateur" when he banned them.  Douglas failed to "connect the dots" and when the undercover agent contacted him on another website, using a different persona, Douglas continued his discussions with his new "friend" that ultimately led to completion of the sting.

Douglas has physical limitations but he has been a productive member of society and has worked continuously to the best of his ability.  He has never been into drugs and his alcohol consumption could be described as minimal.  Other than the instant case, he has never been in violation of any laws, either State of Federal – even his driving record is clean.

I was a GS-15 Supervisory Engineer for 16 years before my retirement.  During that time, I was responsible for the oversight of numerous Federal, State and private company personnel so I have had more than ample opportunity to observe people and their characteristics; and, to determine who would be trustworthy and capable of carrying out their tasks without constant supervision.  If Douglas had been a part of my staff, I would have considered him to be one of those trustworthy individuals.

In my estimation, Douglas is not a threat to society and no purpose would be served in his continued incarceration. He has recognized that he made a terrible mistake in trusting those less than reputable characters on the internet and he has expressed that he is sorry he ever got caught up in their programs. He has also recognized that his attempt to arm himself so that he could assist in the defense of our Nation if the need arose was a mistake and again, he has expressed that he is sorry that he was so gullible and that he knows that what he attempted to do was wrong.

Finally, Douglas has expressed remorse to his mother and me for the actions he has taken, for the embarrassment he has brought on our family, and for the problems for which he is responsible.

Douglas is not perfect – none of us are. But, he is an individual that I would trust and I believe he is genuine in his expressions of sorrow for his actions. He took responsibility for his actions by pleading guilty to the charges brought against him and has emphatically stated that he will never be a party to such actions again.

Douglas has changed as a result of his months of incarceration and I do not believe that any additional change for the better would result from further incarceration.

Sincerely yours,

Jesse A. Story