Dear Honorable Claude M. Hilton,                                          October 15, 2012

I am Sandy Story, Douglas H. Storys' wife of almost 17 years. We met through the Washington Post Personals Plus (a dating service) 19 years ago. I currently am on Disability for an severe illness 4 years ago and a hip replacement a year ago. During my illness and surgery Doug was a wonderful caretaker who helped me with whatever I needed. Before all of this I worked in churches for 13 years as Director of Christian Education. I also Substitute taught, worked in an after school program, and a preschool for a while. For the past 6 months I have been volunteering at the Lutheran Church where I am a member as the Chairperson of the Christian Education Committee. I do feel like I know Doug better than anyone else, even himself.

Douglas is;

HONEST  Extremely! He finds it very difficult to not tell the truth even when he should keep it to himself. He does have a large imagination.

GENEROUS Totally!  He would give you the shirt off of his back if you needed it or if he thought you needed it. (Even if he still needed it himself)

THOUGHTFULNESS & CONCERN FOR OTHERS  He loves to be a gentleman. He lives to protect and serve others. He is extremely thoughtful and concerned about others. (even strangers)

AMBITION IN LIFE He always wanted to be a Police Officer so he could protect and serve. He is always thinking, dreaming and coming up with how he can better provide for us as a couple. He has big dreams and aspirations.

CONTRIBUTION TO COMMUNTIY AND WORLD He used to work for Virginia Department of Transportation Safety Service and got many commendation letters for helping people and making them feel safe. He still loves helping anyone who needs help carrying groceries, changing a tire, jumping a battery, and any other way he can see to help someone.

DOES HE HAVE A GOOD REPUTATION? Yes!  Everyone that really knows him is shocked that he got (with the help of the FBI) into this much trouble.

IS HE WELL LIKED? Yes! Very! People at first are a little taken back by his size. But as soon as they start talking to him they realize that he is a big lovable teddy bear.

QUALITY OF WORK HABITS  He is a very hard worker. He will do things he sees that need to be done without being told or asked, especially if the "boss" shows him respect and appreciation. (Even if it is not in the job requirements)

IF DOUG HAS EXPRESSED REMORSE AND SORROW FOR HIS MISTAKES STATE IT  Every day in letters and phone calls he expresses extreme remorse. He never intended to harm anyone. He has only ever wanted firearms to protect and serve others.

IF YOUR OPINION REMAINS THE SAME EVEN IN THE FACE OF WHAT YOU KNOW ABOUT DOUG'S OFFENSE PLEASE STATE THAT. I love Doug and will always love him. I have stuck while being picked up, us getting evicted, me moving from place to place waiting to find out our future. He is a 15 year old in a 49 year old body sometimes. Sometimes his actions reflect one and sometimes the other. His new nickname is "Big Dumb Dumby Head!" Before all this happened he had a tendency to speak or act before he thought and then think and be remorseful after the fact. He is working on changing this practice and is doing pretty well.

I honestly feel like Doug has learned his lesson while in Jail for the past 5 months. He has realized that he really needs to think before he says and does things. He has also decided that I am "the boss". He has decided that before he says or does anything major from now on he will run it by me so we can discuss whether it is a good idea or not. Actually this time of being away from each other has brought us closer together as a married couple and I look forward to a long happy life together.

Thank you for your consideration!

Sincerely,

*Sandra Y. Story*
Sandra Y. Story