10/07/2012

To. Honorable Claude M. Hilton

Ref: Doug Story

Dear Sir:

   My name is Scott Simpson. I am the manager At Ravensworth Sunoco. I have known Doug for more than 20 years. I first got to know Doug when he came to work for me. He worked there then he found a better job. During his time he as dependable and honest. His attitude toward helping others was one of his strong points.

   A few years later Doug was involved in a very serious accident spending months in the hospital. After he was recovering at home I would pick him up from his parents home and take him to some sports events.

   In the years that have followed Doug would come by the business and bring me up to date on his work and his wife. He always has shown a respectful and warm feeling towards anyone. I have always felt that if you needed he would be there.

   Knowing Doug as I do it is my feeling that he would realize that he had done wrong and sorry for his actions. He has not one to hurt anyone and affect the lives of his wife, parents or friends.

*Scott Simpson*

Scott Simpson

Manager Ravensworth Sunoco

8011 Braddock Rd, Springfield VA. 22151

703-321-82█0