

**ZEK Inc T/A IHOP 564**
8785 Centreville Road
Manassas, VA 20110
Phone: 703-257-1937
Fax: 703-257-1799

Honorable Claude M. Hilton,

My name is George Shortridge and I'm General Manager at an IHOP restaurant that Doug Story was a regular guest for over a year.

I had always found Doug pleasant with my coworkers and the other guest. I had never thought Doug to be capable of being charged for any kind of a crime. I have had Guest in past years that I had to ask never to come here again because they spoke out plainly with demeaning racial slurs. Doug never ever mentioned anything wrong with any race.

I will welcome Doug back whenever he able.

I Pray for your Mercy in his Sentencing

Sincerely

George Shortridge

*[signature]* 09/12/2012

Email: IHOP564@comcast.net