To whom it may concern ,

 My name is Joseph Banker I'm 59 years old and a disabled U.S.Army veteran . I
have known Doug Story for more than 5 years. During this time  I have never seen
harm a single person . Doug and I have gone hunting a few times and had good times .
Doug many times made himself available to drive me to many places when I was
unable to drive myself . Doug visited me many times in the rehab center while I was
recovering from surgery . He kept me going with the outside food he brought me . He
even brought my wife to visit's . I know Doug to be a hard worker and friend . If I could
do more for him or his wife I would .


Joseph Banker    *Joseph Z. Banker*
                         100512