

# Bethel Evangelical Lutheran Church

a loving faith community making disciples for Jesus

October 11, 2012

To the Honorable Claude M. Hilton,

I am Jeffrey Wilson, the senior pastor at Bethel Evangelical Lutheran Church, Manassas, VA. I have known Doug Story for about seven years. We met because his wife, Sandy, was the Director of Christian Education at my former parish - Lutheran Church of the Redeemer, McLean, VA.

In December 2007, I moved from McLean to Manassas. Shortly thereafter, the Storys moved to the Manassas area and began attending Bethel. I have seen and interacted with Doug on a number of occasions where I have found him to be helpful and pleasant.

Sandy has multiple health issues. Doug has been a steady presence in her life as he has supported and provided for her.

Sincerely,

Jeffrey M. Wilson
Senior Pastor

8712 Plantation Lane, Manassas, VA 20110-4535
tel: 703-368-3943   Fax: 703-368-7083   www.BethelManassas.org