

# Friendship United Methodist Church
3527 Gallows Road
Falls Church, Virginia 22042
703-560-5454
James D. Canody, Pastor

Honorable Claude M. Hilton;

My name is James D. Canody. I am the pastor of Friendship United Methodist Church in Falls Church Virginia.

I first meet Doug Story when I came to serve as the pastor of Friendship Church in July of 2005. Doug was married to my Director of Education and Children's Ministries, Sandy Story.

I came to know Doug through my association with Sandy. I got to know Doug better when Sandy had a grave illness and I would visit her in the hospital.

I have not seen Doug too much recently. He and Sandy moved out of our area and have been attending another church.

I got to know Doug pretty well since coming to Friendship in 2005. Doug is a nice fellow. He has strong opinions which he has gleaned from the opinions of other people. He does not think too much for himself and his thoughts are not generally thoughts of great depth. He is therefore very malleable and easily influenced!

Although Doug is an imposing looking man, I have never known him to be prone to violence. In fact, since Sandy's illness he has been a caretaker for her through her various needs. Their relationship has always been based on opposites. Sandy has physical challenges with which Doug helps Sandy, and Doug has mental challenges with which Sandy helps Doug.

Doug is not perfect nor is he very bright, but he is not dangerous.

Sincerely

James D. Canody