Case 1:12-cr-00289-CMH Document 33 Filed 07/08/13 Page 1 of 2 PageID# 172

AO 245B (Rev. 09/11)(VAED Rev. 2) Sheet 1 - Judgment in a Criminal Case
Case: 1:12-cr-00289, Document: 31, Filed: 11-05-2012, Page 1 of 5

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA
v.

Case Number: 1:12CR00289-001

DOUGLAS HOWARD STORY

USM Number: 80320-083
Defendant's Attorney: Gretchen Taylor, Esquire

Defendant.

F I L E D
NOV -5 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 of the Indictment.

Accordingly, the defendant is adjudicated guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 26 U.S.C. § 5861 | Possession of a Machinegun | Felony | 05/30/2012 | 1 |

As pronounced on November 2, 2012, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 5th day of November, 2012.

/s/
Claude M. Hilton
United States District Judge

2013 JUL -8 PM 3:32
RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 2 - Imprisonment

Page 2 of 5

Defendant's Name: STORY, DOUGLAS HOWARD
Case Number: 1:12CR00289-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWELVE (12) MONTHS AND ONE (1) DAY.

The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be designated to the facility in Ashland, Kentucky.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows: _____

Defendant delivered on __11/28/12__ to __FCI    PTD__
at __NJ__, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By  __DONNA ZICKEFOOSE   WARDEN__
DEPUTY UNITED STATES MARSHAL