Prob 35 (VAE Rev. 02/14)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.    Crim. No. 1:12CR00289-001

DOUGLAS HOWARD STORY

On April 12, 2013, the above-named defendant was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

*Barry E Raymond*   Barry Raymond
                    2015.05.28 11:23:18
                    -04'00'

Barry E. Raymond
Senior U.S. Probation Officer
(703) 366-2133

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 3rd day of June, 2015.

*Claude M. Hilton*
Claude M. Hilton
United States District Judge

**TO CLERK'S OFFICE**